THE PEOPLE v. JAMES H. MOORE.

· *Criminal law—Objections to testimony—Appeal.*

An exception in a criminal case, based on an objection to testimony for which no reasons are given, and the ground of which is not reasonably apparent, will not be considered; citing *Morrissey v. People,* 11 Mich. 327; *Gilbert v. Kennedy,* 22 Id. 117; *Comstock v. Smith,* 26 Id. 306; *Ward v. Ward,* 37 Id. 254; *Stevens v. Hope,* 52 Id. 65.

Error to Kent. (Burch, J.) Submitted on briefs May 6, 1891. Decided May 15, 1891.

Information for rape. Conviction affirmed. The facts necessary to a decision of the case are stated in the opinion.

*Eggleston & McBride,* for respondent.

*A. A. Ellis,* Attorney General, for the people.

GRANT, J. The respondent was convicted of the crime of rape.

The sole allegation of error is that the court erred in permitting a witness to answer certain questions. When the testimony was offered the attorney for the respondent simply said, "Objected to," without giving any reason

whatever for his objection, nor was the ground of his objection reasonably apparent. The exception cannot therefore be considered. *Ward v. Ward*, 37 Mich. 254; *Morrissey v. People*, 11 Id. 327; *Stevens v. Hope*, 52 Id. 65; *Gilbert v. Kennedy*, 22 Id. 117; *Comstock v. Smith*, 26 Id. 306.

The conviction and sentence are affirmed.

The other Justices concurred.